# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LINDA W. BOSCH, INDIVIDUALLY
AND ON BEHALF OF THOSE
SIMILARLY SITUATED

NO.  2025 CW 0780

VERSUS

MEDSOUTH RECORD MANAGEMENT,
LLC

**NOVEMBER 3, 2025**

---

In Re:    MedSouth   Record   Management,   LLC,   applying   for
supervisory   writs,   21st   Judicial   District   Court,
Parish of Tangipahoa, No. 20200001727.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT